## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

**IN THE MATTER OF:**

| | |
|---|---|
| **GREGORY A. KARNES** | **CASE NUMBER:  05-30229** |
| SSN:  xxx-xx-6564 | **CHAPTER 13** |
| **DONNA D. KARNES** | |
| SSN:  xxx-xx-1392 | |
| **Debtors** | |

---

### NOTICE TO EMERGENCY MEDICAL GROUP OF KOKOMO THAT $0.06 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #106000

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Emergency Medical Group of Kokomo, creditor herein, and deposits $0.06 in the Court Clerk's Unclaimed Funds Account in Treasury Fund #106000.

1.    That the last known address for Emergency Medical Group of Kokomo was:

   2449 Reliable Parkway
   Chicago, IL 60686

2.    That several of the Standing Chapter 13 Trustee's disbursement checks have been returned with a "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster;

3.    Subsequent attempts to locate this creditor were fruitless;

4.    That any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: _1-19-10_

Respectfully Submitted,

_/s/ Debra L. Miller, Trustee_
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on _1-19-10_

By U. S. Mail to the Debtors and Creditor as follows:
Debtor(s): Gregory & Donna Karnes, 1124 Rosewood Drive, Peru, IN 46970
Debtors' Attorney:  Pro-Se
Creditor:  Emergency Medical Group of Kokomo, 2449 Reliable Pkwy, Chicago, IL 60686

By electronic e-mail to the following:
U. S. Trustee:  ustregion10.so.ecf@usdoj.gov

_/s/ Rosemary Ward-Wilson_